AO109(2/90) Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

All funds on deposit up to $151,269
at Bank of America, N.A.,
account number
in the name of Network Circle, Inc.

**SEIZURE WARRANT**

CASE NUMBER:
07 - 145 - M - 01

TO: Director, United States Secret Service, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Korey Irby who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

　　All funds on deposit up to $151,269 at Bank of America, N.A.,
　　account number              , in the name of Network Circle, Inc.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

APR 2 4 2007 @ 11:20 AM at Washington, D.C.

Date and Time Issued

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 4/23/07 | 4/25/07 @ 1500Hrs | |
| INVENTORY MADE IN THE PRESENCE OF | Jamie Taylor ||

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

CASH in the amount of $9,221.94

FILED

MAY 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    5-07-07
U.S. Judge or U.S. Magistrate Judge    Date

Case 1:07-mj-00145-DAR  Document 2  Filed 05/07/2007  Page 3 of 4

**Bank of America**

Cashier's Check  No. 9479040994

Bank of America, N.A.
San Antonio, Texas
National Legal Order Processing 075/0006143
NBKNMH0

Void Over 90 Days

30-1/1140

DATE
05/03/2007 12:32:12 PM

PAY ➤➤➤➤➤➤➤ BANK OF AMERICA **NINE 2 2 1 94 TWO TWO ONE CTS CTS**

*******$9,221.94

To The Order Of: UNITED STATES SECRET SERVICE

Remitter: NETWORK CIRCLE INC

Void Over $ 9,221.94

*Lucila Lang*
AUTHORIZED SIGNATURE

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■